UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRIE ARLISS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>GROUPON, Inc., a Delaware Corporation, d/b/a Groupon,<br><br>    Defendant | No.  2:11-cv-00696-RAJ<br><br><br><br>MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO  RULE 41(a)(1)(A)(i) |

TO:        THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

AND TO:    DEFENDANT, THROUGH ITS COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that plaintiff, Barrie Arliss, through her undersigned counsel, hereby voluntarily dismisses the above-captioned action in the United States District Court for the Western District of Washington.  This Voluntary Dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated this April 27, 2011.

    Respectfully submitted,

MOTION FOR VOLUNTARY DISMISSAL
Page 1 of 2

CARNEY GILLESPIE ISITT PLLP

100 W. HARRISON ST. SUITE N440
SEATTLE, WA 98119
T 206 445•0207
F 206 260•2486

CARNEY GILLESPIE ISITT PLLP

_____
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
CARNEY GILLESPIE & ISITT PLLP
Jay Carlson, WSBA No. 30411
CARLSON LEGAL
Shaun Van Eyk, WSBA No. 41476
Jason Moore, WSBA No. 41324
VAN EYK & MOORE, PLLC
Attorneys for Plaintiff

**MOTION FOR VOLUNTARY DISMISSAL**
Page 2 of 2

CARNEY GILLESPIE ISITT PLLP
100 W. HARRISON ST. SUITE N440
SEATTLE, WA 98119
T 206 445•0207
F 206 260•2486